Unum Life
Plaintiff

VS: CA: 01-252S

Janis Cappello
Defendant

# EXHIBIT RECEIPT

Defendant's Exhibits

Maureen Gregory
Attorney
Office Manager

Deputy clerk 6/7/05